Jennifer A. Nelson, OSB No. 034086
jennifer.nelson@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone:    503.552.2140
Fax:          503.224.4518

Jaime N. Cole, WSBA No. 47258
jcole@brownsterling.com
Brown & Sterling, P.S.
P.O. Box 940
Fall City, WA 98024
Telephone:    425-222-6374
Fax:          425-222-6373
*Pro Hac Vice Admission*

*Attorneys for Defendants*

Anthony J. Estrada, OSB No. 113764
aestrada@nw-attorneys.com
The Law Office of Jon Weiner
Jon H. Weiner, OSB No. 993944
jweiner@nw-attorneys.com
Of Counsel, Harris Law Firm, P.C.
1415 Commercial St. SE
Salem, OR 97302
Telephone:    503-399-7001
Fax:          503-399-0745

*Of Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| DEBRA MCHUGH, aka DEBRA ORMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEMTEXT PORTLAND, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 6:15-cv-01208-AA<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

1 – [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

BROWN & STERLING, P.S.
P.O. Box 940, Fall City, Washington 98024
(425) 222-6374

## STIPULATION

BASED UPON THE STIPULATION OF THE PARTIES, through their counsel, IT IS HEREBY ORDERED that the above-captioned action is hereby DISMISSED in its entirety, with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.

Dated: September ___, 2015

_____
Honorable District Court Judge Ann Aiken

**PRESENTED BY:**

**BROWN & STERLING, P.S.**
/s/ Jaime N. Cole
Jaime N. Cole, WSBA No. 47258
jcole@brownsterling.com
P.O. Box 940
Fall City, WA 98024
Telephone:   425-222-6374
Fax:   425-222-6373
*Pro Hac Vice Admission*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
/s/ Jennifer A. Nelson
Jennifer A. Nelson, OSB No. 034086
jennifer.nelson@ogletreedeakins.com
Telephone:   503.552.2140

*Attorneys for Defendants*

**THE LAW OFFICE OF JON H. WEINER**
/s/ Anthony J. Estrada
Anthony J. Estrada, OSB No. 113764
aestrada@nw-attorneys.com
Jon H. Weiner, OSB No. 993944
jweiner@nw-attorneys.com
Of Counsel, Harris Law Firm, P.C.
1415 Commercial St. SE
Salem, OR 97302
Telephone:   503-399-7001
Fax:            503-399-0745
*Of Attorneys for Plaintiff*